UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GREGORY MAYER,

                Plaintiff,     :     18 CV 2789 (VB)

-against-

                         STIPULATION AND ORDER REGARDING
RINGLER ASSOCIATES INC. AND AFFILIATES   TRIAL RECORD
LONG TERM DISABILITY PLAN
and HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-3-19

IT IS STIPULATED by and between the parties hereto that:

1. The Court shall conduct a bench trial on the following record:

    (a) Mayer v Hartford 0001 through Mayer v Hartford 001618, to be filed in hard copy as an Administrative Record, excluding documents withheld as privileged;

    (b) Mayer v Hartford Add. 1619 – Mayer v Hartford Add. 1763

    (c) Privilege Log, Mayer v. Hartford Add 1764

2. Hartford does not dispute plaintiff's assertion that:

    (a) Plaintiff received Certificate 216897(GLT) 1.32 (Mayer v. Hartford 75-111) with the letter denying his claim dated May 13, 2016 (Mayer v Hartford 269-272), sent with Tonya Martinez's email dated May 13, 2016 (Add. 1739), and with the documents produced to Mr. Mayer's counsel under cover of a letter from Tonya Martinez dated May 26, 2016. (Mayer v. Hartford 268)

    (b) Plaintiff received Certificate 216897(GLT) 4.5 (Mayer v. Hartford 38-74) with the documents produced to Mr. Mayer's counsel under cover of Tonya Martinez's letter



dated February 10, 2017 (Mayer v Hartford 248). The documents produced to counsel under that letter did not include any records from Hartford's Summary Detail Report.

(c) Plaintiff received Certificate GLT878315, issued to Harbor HRK Sales with the documents produced to Mr. Mayer's counsel under cover of Ms. Martinez's letter dated December 18, 2017. (Mayer v Hartford 232)

(d) The Amendment to Group Policy appearing in the Administrative Record at Mayer v Hartford 112-123 was not presented to Mr. Mayer or his counsel prior to the initiation of this action and the production of the Administrative Record in discovery.

2. The inclusion of any Policy, Amendment or Certificate in the Stipulated Record is not an admission by either party as to whether it is a plan document governing Mr. Mayer's coverage.

3. Neither party will seek to introduce evidence, including testimony, outside the Stipulated Record in connection with the bench trial of this action on the Administrative Record.

SO ORDERED:

Hon. Vincent L. Briccetti    6/3/2019
United States District Judge

Dated:     New York, New York
           May 31, 2019

*/s/ Mark Scherzer*

MARK SCHERZER, ESQ. (MS-2622)
Law Office of Mark Scherzer
Attorney for Plaintiff
49 Nassau Street, Fourth Floor
New York, New York 10038
Tel: (212) 406-9606
Email: markscherzerlaw@verizon.net

ROBINSON & COLE LLP

By: */s/ Patrick Begos*
Patrick Begos, Esq.
Attorneys for Defendants
1055 Washington Boulevard,
Stamford, CT 06901
Tel: 203-462-7500
Email: pbegos@rc.com