**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
GREGORY MAYER,

                    Plaintiff,               18 **CIVIL** 2789 (VB)

        -against-                        **JUDGMENT**

RINGLER ASSOCIATES INC. AND AFFILIATES
LONG TERM DISABILITY PLAN and
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 26, 2020, Judgment is entered in defendants' favor and plaintiff's complaint, is dismissed in its entirety; accordingly, this case is closed.

**Dated:** New York, New York
         March 27, 2020

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                           **Clerk of Court**
                          **BY:**
                                                          _____
                                                           **Deputy Clerk**